**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  JUSTINA D. MORALES                                        Case Number: 07-73017
        811 GARFIELD AVENUE
        ROCKFORD, IL  61103                SSN-xxx-xx-8683

                                                          Case filed on:      12/12/2007
                                                          Plan Confirmed on:  2/29/2008

                                  D Dismissed

Total funds received and disbursed pursuant to the plan: $1,450.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY LAURA L. MCGARRAGAN | 2,700.00 | 2,700.00 | 1,030.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 1,030.00 | 0.00 |
| 002 | CODILIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BUCHALTER, NEMER A PROFESSIONAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JUSTINA D. MORALES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIRESIDENTIAL LENDING INC | 20,948.72 | 0.00 | 0.00 | 0.00 |
| 004 | SASS MUNIV | 3,571.00 | 3,571.00 | 304.23 | 0.00 |
|  | Total Secured | 24,519.72 | 3,571.00 | 304.23 | 0.00 |
| 005 | WORLD FINANCIAL NETWORK NATIONAL BANK | 1,029.14 | 1,029.14 | 0.00 | 0.00 |
| 006 | ASPIRE VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | SPRINT NEXTEL - DISTRIBUTION | 790.96 | 790.96 | 0.00 | 0.00 |
|  | Total Unsecured | 1,820.10 | 1,820.10 | 0.00 | 0.00 |
|  | Grand Total: | 29,039.82 | 8,091.10 | 1,334.23 | 0.00 |

Total Paid Claimant:     $1,334.23
Trustee Allowance:       $115.77         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00            discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan